THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. DONLON, Appellant, *v.* FREDERICK W. WURSTER, Commissioner of the Fire Department of the City of Brooklyn, Respondent.

*People ex rel. Donlon* v. *Wurster*, 89 Hun, 605, affirmed.
(Argued June 8, 1896; decided June 19, 1896.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 26, 1895, which affirmed, on certiorari, a determination of the commissioner of the fire department of the city of Brooklyn in removing relator from the fire department of the city.

*Edward F. O'Dwyer* for appellant.

*Joseph A. Burr* for respondent.

Order affirmed, with costs; no opinion.
All concur.

---

In the Matter of the Application of THE CITY OF BUFFALO to Acquire Land for Park Purposes.

*Matter Application City of Buffalo*, 13 Misc. Rep. 780, affirmed.
(Argued June 9, 1896; decided June 19, 1896.)

APPEAL from order of the General Term of the Superior Court of the city of Buffalo, made July 29, 1895, which affirmed an order of Special Term confirming the report of a referee appointed to ascertain the interest of claimants to a fund paid into court, in a proceeding brought by the city of Buffalo to condemn lands for a city park.

*George T. Wardwell* for David F. Day, as assignee for the benefit of creditors of Isaac Holloway, appellant.

*Charles P. Norton* for Peter A. Porter and George M. Porter, respondents.

Order affirmed on opinion below, with costs.
All concur.